UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GALLO,<br><br>                              Defendant. | Case No.:  23-cr-0578-JO<br><br>**ORDER CONTINUING MOTION**<br>**HEARING/TRIAL SETTING** |

On April 25, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 28, 2023 to June 30, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 15] and sets the Motion Hearing/Trial Setting on June 30, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//

//

//

//

//

//

Further, on April 24, 2023, the Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from April 24, 2023 to June 30, 2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: <u>April 27, 2023</u>

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

23-cr-0578-JO