UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANGEL GALLO,<br><br>Defendant. | Case No.: 23-cr-0578-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On June 27, 2023, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for June 30, 2023 to August 25, 2023. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 18] and sets the Motion Hearing/Trial Setting on August 25, 2023 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. The parties have reached a resolution and will lodge the plea agreement with the Court and schedule a change of plea hearing before the Magistrate Judge. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G), (h)(7)(A).

//
//
//
//

1    Further, on April 24, 2023, Defendant filed a pretrial motion that remains pending.
2  Accordingly, the Court finds that time from April 24, 2023 to August 25, 2023 shall be
3  excluded under the Speedy Trial Act on grounds that a pretrial motion is pending. 18
4  U.S.C. § 3161(h)(1)(D).
5    IT IS SO ORDERED.
6  Dated: 6/28/23

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE